UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Comcast of Massachusetts I, Inc.** | ) | Case No.: |
| | ) | |
| Plaintiff | ) | **CORPORATION DISCLOSURE** |
| | ) | **STATEMENT** |
| vs. | ) | |
| | ) | |
| **Leo Sager** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Massachusetts I, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Massachusetts I, Inc., is a Massachusetts Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. Comcast of Massachusetts I, Inc. is wholly owned by Comcast MO of Delaware, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Local Counsel,

_____          _____
Date                             John M. McLaughlin
                                 **Green, Miles, Lipton & Fitz-Gibbon**
                                 77 Pleasant Street
                                 P.O. Box 210
                                 Northampton, MA 01061
                                 Telephone: (413) 586-0865
                                 BBO No. 556328