AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

Leo Sager

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10866 GAO**

TO: (Name and address of Defendant)

Leo Sager
5 Eastleigh Lane
Natick, MA 01760

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green Miles Lipton & Fitz-Gibbon
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  4-28-05

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

May 11, 2005

Middlesex, ss.

I hereby certify and return that on 5/6/2005 at 11:14AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, CORPORATE DISCLOSURE, CASE COVERSHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of LEO SAGER, , 5 EASTLEIGH Lane NATICK, MA 01760 and by mailing 1st class to the above address on 5/6/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($2.40), Postage and Handling ($3.00), Travel ($10.88) Total Charges $46.28

*Deputy Sheriff*

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| **DECLARATION OF SERVER** | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.