UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 05-10866-GAO

COMCAST OF MASSACHUSETTS I, Inc. )
    Plaintiff, )
)
v. )
)
LEO SAGER )
    Defendant )

## ANSWER

1. Defendant lacks sufficient knowledge to confirm or to deny the allegations contained in paragraph 1.

2. Denied.

3. Defendant lacks sufficient knowledge to confirm or to deny the allegations contained in paragraph 3.

4. The Defendant admits that his principal residence is 5 Eastleigh Lane, Natick, MA. The defendant denies the remainder of the allegations contained in paragraph 4.

5. The allegations contained in paragraph 5 constitute a legal conclusion to which a response is not required.

6. The allegations contained in paragraph 6 constitute a legal conclusion to which a response is not required.

7. Defendant lacks sufficient knowledge to confirm or to deny the allegations contained in paragraph 7.

8. Defendant lacks sufficient knowledge to confirm or to deny the allegations contained in paragraph 8.

9. Defendant lacks sufficient knowledge to confirm or to deny the allegations contained in paragraph 9.

10. Defendant lacks sufficient knowledge to confirm or to deny the allegations contained in paragraph 10.

11. Defendant lacks sufficient knowledge to confirm or to deny the allegations contained in paragraph 11.

12. Defendant lacks sufficient knowledge to confirm or to deny the allegations contained in paragraph 12.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

## COUNT I
(Violation of 47 U.S.C. §553)

17. Defendant realleges and incorporates by reference paragraphs 1-16 above.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

## COUNT II
(Conversion)

24. Defendant realleges and incorporates by reference paragraphs 1-23 above.

25. Denied.

26. Denied.

27. Denied.

## AFFIRMATIVE DEFENSES

FIRST

The Plaintiff has failed to state a claim upon which relief may be granted.

SECOND

    The Plaintiff is time barred pursuant to the statute of limitations.

THIRD

    The Plaintiff has released the Defendant from liability.

FOURTH

    The Plaintiff has waived liability against the Defendant.

FIFTH

    The Plaintiff is estopped from asserting any claims against the Defendant.

SIXTH

    Any of the actions alleged by the plaintiff against the Defendant are the acts and/or omissions of a third party.

Respectfully submitted,
Leo Sager,
By his attorney,

Steven R. Schuh, Esq.
Rudser & Schuh
550 Pleasant Street
Winthrop, MA 02152
BBO#637669
(617) 846-4200